IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN HOWARD**                                                                                      **PLAINTIFF**

**v.**                                                                **CAUSE NO. 1:12CV361-LG-JMR**

**TRANSOCEAN UK, LTD, ET AL.**                                                       **DEFENDANTS**

<u>**JUDGMENT**</u>

This matter having come on to be heard on the defendants' Motion for Summary Judgment, the Court, after review and consideration, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of defendants Transocean UK Limited, Transocean Offshore International Ventures Limited, and Transocean Drilling Offshore S.a.r.l.  Plaintiff's claims against these defendants are **DISMISSED with prejudice.**

**SO ORDERED AND ADJUDGED** this the 18th day of March, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE